# United States Court of Appeals
## For the Eighth Circuit

_____

No. 14-1553

_____

United States of America

*Plaintiff - Appellee*

v.

Ruben Castro, also known as Ruben Alvarado-Castro

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Western District of Missouri - Kansas City

_____

Submitted: November 20, 2014
Filed: November 24, 2014
[Unpublished]

_____

Before WOLLMAN, BYE, and MELLOY, Circuit Judges.

_____

PER CURIAM.

Ruben Castro directly appeals after he pled guilty to a drug-related conspiracy charge and the district court[1] sentenced him to a prison term within his calculated

_____

[1] The Honorable Dean Whipple, United States District Judge for the Western District of Missouri.

Guidelines range. His counsel has moved to withdraw, and has filed a brief under <u>Anders v. California</u>, 386 U.S. 738 (1967), acknowledging an appeal waiver in Castro's plea agreement, and otherwise challenging Castro's sentence. Castro has filed pro se motions for appointment of new counsel.

Upon careful de novo review, we enforce the appeal waiver. <u>See</u> <u>United States v. Andis</u>, 333 F.3d 886, 889-92 (8th Cir. 2003) (en banc) (court should enforce appeal waiver and dismiss appeal where it falls within scope of waiver, plea agreement and waiver were entered into knowingly and voluntarily, and no miscarriage of justice would result); <u>see also</u> <u>United States v. Scott</u>, 627 F.3d 702, 704 (8th Cir. 2010) (de novo review of validity and applicability of appeal waiver). In addition, having reviewed the record independently under <u>Penson v. Ohio</u>, 488 U.S. 75 (1988), we find no non-frivolous issues outside the scope of the appeal waiver. Accordingly, we dismiss this appeal based upon the appeal waiver, we grant counsel leave to withdraw, and we deny Castro's motions for newly appointed counsel.

_____